E-FILED
Tuesday, 26 February, 2019  11:47:02 AM
Clerk, U.S. District Court, ILCD

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 18-MJ-3115 | Date and time warrant executed: 10/03/2018 5:17 pm | Copy of warrant and inventory left with: Mail Parcel # EE 2528 0695 4 US |

Inventory made in the presence of:
Shari Rowe, U.S. Postal Inspector

Inventory of the property taken and name of any person(s) seized:

Six (6) T-Shirts (packing materials)

Three (3) Clear heat sealed bags of suspected marijuana (approx. 1470 total grams)

**FILED**
FEB 26 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

s/ Justin J. Moll

Date:  10/03/2018

*Executing officer's signature*
Justin J. Moll - U.S. Postal Inspector

s/ Tom Schanzle-Haskins

10/5/2018

TOM SCHANZLE-HASKINS
U.S. MAGISTRATE JUDGE

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-MJ-3115
)
U.S. Postal Service Priority Mail Parcel Express )
# EE 2528 0695 4 US )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____Illinois_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

controlled substances or other contraband related to controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  14 days after issuance
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Tom Schanzle-Haskins                            .
         *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                               ☐ until, the facts justifying, the later specific date of _____.

                                            4:34 pm  s/ Tom Schanzle-Haskins
Date and time issued: 10/3/2018
                                                         *Judge's signature*

City and state:  Springfield, IL                Tom Schanzle-Haskins, United States Magistrate Judge
                                                      *Printed name and title*